James J. Arendt, Esq.     Bar No. 142937
Roy C. Santos, Esq.       Bar No. 259718
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
E-Mail: James@walaw-fresno.com
Roy@walaw-fresno.com

Attorneys for Defendants, KINGS COUNTY, KINGS COUNTY SHERIFF'S DEPARTMENT, and DAVE ROBINSON

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, individually and as a personal representative of ESTATE OF STEPHEN E. CRAWLEY, JOHNNY CRAWLEY, individually and as a personal representative of ESTATE OF STEPHEN E. CRAWLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>KINGS COUNTY, KINGS COUNTY SHERIFFS DEPARTMENT, DAVE ROBINSON, in his individual and official capacity as Kings County Sheriff, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 1:13-cv-02042 LJO-SAB<br><br>STIPULATION AND ORDER<br><br>**Public Entity Exempt from Filing Fees Pursuant to Government Code section 6103** |

Plaintiffs, The Estate of Stephen E. Crawley, Norma Crawley, individually and as a personal representative of Estate of Stephen E. Crawley, Johnny Crawley, individually and as a personal representative of Estate of Stephen E. Crawley, and Defendants, Kings County, Kings County Sheriff's Department, and Dave Robinson, hereby stipulate to the following:

1


Defendants' response to Plaintiffs' complaint is currently due to be filed on or before February 28, 2014. However, it is anticipated Plaintiffs will be filing an amended complaint. For the sake of judicial efficiency and economy, the parties stipulate that Defendants' response will now be due within 20 days of the service and filing of Plaintiffs' anticipated amended complaint.

DATED: February 27, 2014    WEAKLEY & ARENDT, LLP

                            By:    /s/ James J. Arendt
                                   James J. Arendt
                                   Roy C. Santos
                                   Attorneys for Defendants

DATED: February 27, 2014    WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.

                            By:    /s/ William L. Schmidt
                                   William L. Schmidt
                                   Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  **February 27, 2014**

                            UNITED STATES MAGISTRATE JUDGE