William L. Schmidt, SBN. 206870
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C**.
377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711
Telephone: 559.261.2222
Facsimile: 559.436.8163
Email: legal.schmidt@gmail.com

Attorney for Plaintiffs THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, and JOHNNY CRAWLEY

Janell Van Bindsbergen
Roy Santos
**LOZANO SMITH**
7404 North Spalding Avenue
Fresno, CA 93720-3370
Telephone: 559.431.5600
Facsimile: 559.261.9366
Email: jvanbindsbergen@lozanosmith.com

Attorneys for CITY OF LEMOORE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, individually and as personal representative of ESTATE OF STEPHEN E. CRAWLEY, JOHNNY CRAWLEY, individually and as personal representative of ESTATE OF STEPHEN E. CRAWLEY<br><br>     Plaintiff,<br><br>     v.<br><br>KINGS COUNTY; KINGS COUNTY SHERIFFS DEPARTMENT; DAVE ROBINSON, individually, and in his capacity as Kings County Sheriff; SHAWN McRAE, individually, and in his capacity as sergeant for Kings County Sheriff; MARIUS BARSTECEANU, individually, and in his capacity as senior deputy for Kings County Sheriff; and DOES 1-50, inclusive,<br><br>     Defendants. | Case No. 1:13-CV-02042 LJO-SAB<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE re. PLAINTIFF'S MOTION TO COMPEL** |

Plaintiffs THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, and JOHNNY CRAWELEY (hereinafter "Plaintiffs") and THE CITY OF LEMOORE AND OFFICER MICHAEL KENDALL (hereinafter "City") hereby submit the following stipulation to modify the operative scheduling order in this case.

**RECITALS**

WHEREAS, on April 8, 2015, Plaintiffs' filed a motion to compel the deposition testimony of Lemoore Police Department Officer Michael Kendall and the production of documents responsive to twenty-one requests for production.

WHEREAS, on April 21, 2015, Plaintiffs and City met and conferred about the discovery disagreement.  Discussions were productive and show promise for the potential resolution of this discovery dispute, and thus may render the present motion to compel unnecessary.

WHEREAS, on April 22, 2015, the parties must submit a joint statement to the court pursuant to Local Rule 251 no less than 7 days before the scheduled hearing.

**STIPULATION**

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and City, through their respective counsel, that the present hearing schedule on this matter be modified to provide the City Attorney additional time to consult with her client on resolution of the present discovery disagreement and the parties additional time to draft the joint statement regarding discovery disagreement as follows:

Last day to submit Joint Statement regarding Discovery Disagreement:   **April 29, 2015**

Hearing date for Plaintiffs' Motion to Compel Deposition Testimony and Production of Documents:   **May 6, 2015 at 8:30 or a date and time thereafter.**

Dated:   April 22, 2015                    WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C

                                By:    /s/ William L. Schmidt
                                       William L. Schmidt
                                       Attorney for Plaintiffs

Dated:   April 22, 2015                                          LOZANO SMITH

                                                    By:   /s/ Jenell Van Bindsbergen
                                                          Jenell Van Bindsbergen
                                                          Attorneys for City of Lemoore

IT IS SO ORDERED.

Dated:   **April 22, 2015**

                                                    UNITED STATES MAGISTRATE JUDGE