James J. Arendt, Esq.     Bar No. 142937
Brande L. Gustafson, Esq.   Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, Kings County, Kings County Sheriff's Department, Shawn McRae, and Marius Barsteceanu

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, individually and as successor in interest to THE ESTATE OF STEPHEN E. CRAWLEY, and JOHNNY CRAWLEY, individually,<br><br>  Plaintiffs,<br><br>  vs.<br><br>KINGS COUNTY, KINGS COUNTY SHERIFFS DEPARTMENT, DAVE ROBINSON, in his individual and official capacity as Kings County Sheriff, and DOES 1-50, inclusive,<br><br>  Defendants. | CASE NO. 1:13-cv-02042 LJO-SAB<br><br>**STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER TO EXTEND THE TIME FOR DESIGNATION OF EXPERT WITNESSES AND RULE 26 REPORTS** |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that the Scheduling Order, Doc. No. 34, be amended as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert Disclosure | May 14, 2015 | June 4, 2015 |

There is good cause for extending these dates.  First, the parties have expressed an interest in discussing settlement of this matter.  Extending the expert designation will allow the parties to do so without incurring unnecessary costs of experts.  Further, this will allow the

parties to complete non-expert discovery and ensure their experts have ample time to consider all information prior to preparing their Rule 26 expert reports.

      This proposed extension will not affect any of the other deadlines in this matter.

DATE: May 11, 2015                    WEAKLEY & ARENDT, LLP

                                    By:     /s/ James J. Arendt
                                              James J. Arendt
                                              Brande L. Gustafson
                                              Attorneys for Defendants

DATE: May 11, 2015                    WILLIAM L. SCHMIDT, P.C.

                                    By:     /s/ William L. Schmidt
                                              William L. Schmidt
                                              Attorney for Plaintiffs

IT IS SO ORDERED.

Dated:  **May 12, 2015**                                _____
                                                           UNITED STATES MAGISTRATE JUDGE