James J. Arendt, Esq.		Bar No. 142937
Brande L. Gustafson, Esq.	Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, Kings County, Kings County Sheriff's Department, Shawn McRae, and Marius Barsteceanu

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, individually and as successor in interest to THE ESTATE OF STEPHEN E. CRAWLEY, and JOHNNY CRAWLEY, individually,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>KINGS COUNTY, KINGS COUNTY SHERIFFS DEPARTMENT, DAVE ROBINSON, in his individual and official capacity as Kings County Sheriff, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-02042 LJO-SAB<br><br>**STIPULATED DISMISSAL AND ORDER** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of Defendants County of Kings and Kings County Sheriff's Department, with prejudice, from all claims alleged in Plaintiffs' Second Amended Complaint.

　　　The parties further stipulate that for purposes of vicarious liability the actions of Defendants Shawn McRae and Marius Barsteceanu as alleged in the Second Amended

/ / /

Complaint were taken in the course and scope of their employment with the Kings County Sheriff's Department.

DATE: June 8, 2015               WEAKLEY & ARENDT, LLP

                         By:      /s/ James J. Arendt
                                  James J. Arendt
                                  Brande L. Gustafson
                                  Attorneys for Defendants

DATE: June 8, 2015               WILLIAM L. SCHMIDT, P.C.

                         By:      /s/ William L. Schmidt
                                  William L. Schmidt
                                  Attorney for Plaintiffs

### ORDER

The above stipulation is approved. The case shall remain open.

**IT IS SO ORDERED**
**Dated: June 9, 2015**

                         **/s/ Lawrence J. O'Neill**
                         **United States District Judge**