William L. Schmidt, SBN. 206870
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C**.
377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711
Telephone: 559.261.2222
Facsimile: 559.436.8163
Email: legal.schmidt@gmail.com

Attorneys for Plaintiffs THE ESTATE OF
STEPHEN E. CRAWLEY, NORMA
CRAWLEY, and JOHNNY CRAWLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, individually and as personal representative of ESTATE OF STEPHEN E. CRAWLEY, JOHNNY CRAWLEY, individually and as personal representative of ESTATE OF STEPHEN E. CRAWLEY<br><br>          Plaintiff,<br><br>     v.<br><br>KINGS COUNTY; KINGS COUNTY SHERIFFS DEPARTMENT; DAVE ROBINSON, individually, and in his capacity as Kings County Sheriff; SHAWN McRAE, individually, and in his capacity as sergeant for Kings County Sheriff; MARIUS BARSTECEANU, individually, and in his capacity as senior deputy for Kings County Sheriff; and DOES 1-50, inclusive,<br><br>          Defendants. | Case No.  1:13-CV-02042 LJO-SAB<br><br>**ORDER TO CONTINUE TRIAL**<br><br>Trial :  October 14, 2015<br>Time:   8:30 a.m.<br>Ctrm:   Four<br>Judge:  The Honorable Lawrence J. O'Neill |

Having reviewed the request submitted by Plaintiffs, the declaration submitted by Plaintiff's counsel, and considered the matter, the Court finds GOOD CAUSE to continue the trial. Trial in this matter is continued from October 14, 2015 to March 8, 2016. The final pre-trial conference is continued to January 21, 2016 at 8:30 am in Courtroom 4(LJO)

**IT IS SO ORDERED**
**Dated: September 16, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**