James J. Arendt, Esq.        Bar No. 142937
Brande L. Gustafson, Esq.    Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
James@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, Shawn McRae and Marius Barsteceanu

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, individually and as successor in interest to THE ESTATE OF STEPHEN E. CRAWLEY, and JOHNNY CRAWLEY, individually,<br><br>　　　　Plaintiffs,<br><br>　　　　　　vs.<br><br>KINGS COUNTY, KINGS COUNTY SHERIFFS DEPARTMENT, DAVE ROBINSON, in his individual and official capacity as Kings County Sheriff, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-02042 LJO-SAB<br><br>**STIPULATION AND ORDER** |

　　　　Plaintiffs, The Estate of Stephen E. Crawley, Norma Crawley, individually and as a personal representative of Estate of Stephen E. Crawley, Johnny Crawley, individually and as a personal representative of Estate of Stephen E. Crawley, and Defendants Shawn McRae and

/ / /

/ / /

/ / /

/ / /

Marius Barsteceanu, hereby stipulate to vacate the November 20, 2015, settlement conference in light of the Parties' desire to mediate this action.

DATE: November 18, 2015                    WEAKLEY & ARENDT, LLP

                                                   By:        /s/ James J. Arendt
                                                                     James J. Arendt
                                                                     Brande L. Gustafson
                                                                     Attorneys for Defendants

DATE: November 18, 2015                    WILLIAM L. SCHMIDT, P.C.

                                                   By:        /s/ William L. Schmidt
                                                                     William L. Schmidt
                                                                     Attorney for Plaintiffs

## **ORDER**

IT IS SO ORDERED.

    Dated:   **November 19, 2015**                    **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE