James J. Arendt, Esq.          Bar No. 142937
Brande L. Gustafson, Esq.      Bar No. 267130
WEAKLEY & ARENDT, LLP
1630 EAST SHAW AVE., SUITE 176
FRESNO, CALIFORNIA 93710
TELEPHONE: (559) 221-5256
FACSIMILE: (559) 221-5262
James@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, Shawn McRae and Marius Barsteceanu

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF STEPHEN E. CRAWLEY, NORMA CRAWLEY, individually and as successor in interest to THE ESTATE OF STEPHEN E. CRAWLEY, and JOHNNY CRAWLEY, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KINGS COUNTY; KINGS COUNTY SHERIFF'S DEPARTMENT; SHAWN McRAE, individually, MARIUS BARSTECEANU, individually, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 1:13-cv-02042 LJO SAB<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of Defendants County of Kings, Shawn McRae and Marius Barsteceanu with prejudice from all claims alleged in the complaints in this action. All parties

///

///

///

to bear their own costs and attorney's fees.

DATE: January 19, 2016                              WEAKLEY & ARENDT, LLP

                                          By:      /s/ James J. Arendt
                                                 James J. Arendt
                                                 Brande L. Gustafson
                                                 Attorneys for Defendants


DATE: January 19, 2016                              WILLIAM L. SCHMIDT, P.C.

                                          By:      /s/ William L. Schmidt
                                                 William L. Schmidt
                                                 Attorney for Plaintiffs


**IT IS SO ORDERED**
**Dated: January 20, 2016**

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**